**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**UNITED STATES OF AMERICA,**

v.

**JOHN WASHINGTON,**

              **Defendant.**

**Criminal Action No. 07-00153-16 (JMF/TFH)**

---

## ORDER

Upon consideration of the U.S. Probation Office Memorandum (Status Report) dated December 1, 2014 [ECF No. 871], the Report and Recommendation issued by United States Magistrate Judge Deborah Robinson on December 15, 2014 [ECF No. 876],[1] and the entire record in this case, it hereby is

**ORDERED** that the Report and Recommendation is adopted in its entirety. Accordingly, no further action will be taken at this time regarding the U.S. Probation Office Petition that is dated February 21, 2014 [ECF No. 838].

**SO ORDERED.**

December _16th_, 2014

                                         Thomas F. Hogan
                           Senior United States District Judge

---

[1]     Both the U.S. Probation Office Memorandum and the Report and Recommendation indicate that the defendant is now in compliance with the terms of his supervised release.